UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

               -v-

    LUIS CRESPO, JR., and
    PEDRO ALBERTO MONTEVE
    GASTELUM,

                             Defendants.
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/2023

1:23-cr-153-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    A proceeding is scheduled in this matter on March 27, 2023 at 11:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: March 24, 2023
       New York, New York

                                                      GREGORY H. WOODS
                                             United States District Judge