UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

                      -v-

    LUIS CRESPO, JR., and
    PEDRO ALBERTO MONTEVE
    GASTELUM,

                      Defendants.
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/2023

1:23-cr-153-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    The proceeding scheduled in this matter for March 27, 2023 is adjourned *sine die*. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 10.

    SO ORDERED.

Dated: March 27, 2023
         New York, New York

                                                                 GREGORY H. WOODS
                                                                 United States District Judge